## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| MONTY D. CARVER, | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 6:20-CV-01192-ADA-JCM |
| KINGSDOWN, INC. a/k/a KINGSDOWN, | § § § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Monty Carver ("Plaintiff") and Kingsdown, Inc. ("Defendant") respectfully inform the Court that they have resolved this matter in its entirety, subject to a confidential settlement agreement. As a result, pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff and Defendant jointly submit this Stipulation of Dismissal with Prejudice. It is hereby stipulated and agreed that the above-captioned matter is dismissed in its entirety with prejudice to the refiling of the same.

Dated:  December 27, 2021

Respectfully submitted,

/s/ *Carrie B. Hoffman*
Carrie B. Hoffman
State Bar No. 00787701
choffman@foley.com
Brooke C. Bahlinger
State Bar No. 24116056
Foley & Lardner LLP
2021 McKinney Avenue, Suite 1600
Dallas, Texas 75201
Telephone: 214.999.3000
Facsimile:  214.999.4667

**ATTORNEYS FOR DEFENDANT**

 *-and-*

/s/ Danny Wash

Danny Wash
Wash and Thomas Attorneys
6613 Sanger Ave.
Waco, Texas 76710
Telephone: 254.776.3611
danwash@washthomas.com

**ATTORNEY FOR PLAINTIF**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document has been served via the Courts electronic case filing system.

*/s/ Carrie B. Hoffman*