IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| MONTY D. CARVER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:20-CV-01192-ADA-JCM |
| | § | |
| KINGSDOWN, INC. a/k/a | § | |
| KINGSDOWN, | § | |

## ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE

Before the Court is the Joint Stipulation of Dismissal. The Court, having considered the parties' Joint Stipulation of Dismissal, finds that the Stipulation should be granted.

IT IS, THEREFORE, ORDERED that the Joint Stipulation of Dismissal hereby is, granted, dismissing Plaintiff's claims, with prejudice.

SIGNED this 28th day of December, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

1